UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TOYS "R" US, INC., ET AL., | : | Civil No. 01-632(KSH) |
|     Plaintiffs | : | |
| v. | : | |
| | : | |
| STEP TWO, S.A., ET AL. | : | |
|     Defendants | : | DISCOVERY ORDER |

This matter having come before the Court for a scheduling conference on February 11, 2004; and the Court having been advised of the status of discovery and settlement discussions; and the Court having been advised that counsel would like to discuss participating in private mediation; and the Court having advised counsel that such mediation would proceed simultaneous with the completion of jurisdictional discovery; and for the reasons discussed during the conference; and for good cause shown,

IT IS ON THIS 11th day of February, 2004

ORDERED that if the parties agree to engage in private mediation, then the parties shall advise the Court of the name of the private mediator no later than March 10, 2004;

IT IS FURTHER ORDERED that the private mediation shall be completed no later than June 4, 2004;

IT IS FURTHER ORDERED that the parties shall confer about any issues related to responses to interrogatories. If the parties are unable to resolve their differences after having conferred, then they are to submit a letter setting forth the issues in dispute no later than February 20, 2004. Any response to this letter shall be submitted no later than February 27, 2004.;

IT IS FURTHER ORDERED that all responses to document demands shall be provided on a "rolling basis" and all documents shall be produced no later than March 1, 2004;

IT IS FURTHER ORDERED that if the parties are unable to resolve any disputes

regarding the location of depositions of witnesses who reside in Spain, then any application regarding the location of the depositions shall be submitted to the Undersigned no later than March 22, 2004 and any response shall be submitted no later than March 31, 2004.  There shall be oral argument via telephone on April 12, 2004 at 12:00 p.m.  The plaintiff shall initiate the telephone call;

      IT IS FURTHER ORDERED that all depositions shall be completed no later than May 3, 2004;

      IT IS FURTHER ORDERED that any motion to dismiss shall be filed no later than May 21, 2004.  Any response shall be submitted no later than June 1, 2004 and any response shall be submitted no later than June 7, 2004.  Absent further order of the court, oral argument shall take place before the Undersigned on June 14, 2004 at 11:30 a.m.;

      IT IS FURTHER ORDERED that if the motion to dismiss is denied, then Rule 26 disclosure shall be made within 30 days of the date of the order denying the motion to dismiss; and

      IT IS FURTHER ORDERED that if the motion to dismiss is denied, then the parties shall commence the process to procure any foreign evidence within 30 days of the date of the order denying the motion to dismiss.

                                                   s/Patty Shwartz
                                                   UNITED STATES MAGISTRATE JUDGE

.