UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TOYS "R" US, INC., ET AL., | : | Civil No. 01-632(KSH) |
|     Plaintiffs | : | |
| v. | : | |
| | : | |
| STEP TWO, S.A., ET AL. | : | |
|     Defendants | : | DISCOVERY ORDER |

This matter having come before the Court by way of letters dated February 19, 2004 and February 26, 2004; and the Court having conducted a telephone conference on March 1, 2004; and the Court having considered the arguments of counsel and the opinion of the Court of Appeals for the Third Circuit; and for the reasons discussed during the telephone conference; and for good cause shown,

    IT IS ON THIS 1st day of March, 2004

    ORDERED that defendant's response to interrogatories and document demands aimed at issues of general jurisdiction shall cover the time period of 1991 to the present;

    IT IS FURTHER ORDERED that based upon defendant's representations during the telephone conference, the plaintiff's challenges to the sufficiency of the defendant's responses to Interrogatories Nos. 9, 18, 21, and 22, other than those related to time frame, are moot; and

    IT IS FURTHER ORDERED that all other terms of the Order dated February 11, 2004 shall remain in full force and effect.

    s/Patty Shwartz
    UNITED STATES MAGISTRATE JUDGE