IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------x

TOYS "R" US, INC., AND GEOFFREY INC.,

        Plaintiffs,

Civil Action No. 2:01cv000632

**DISCOVERY ORDER**

v.

STEP TWO, S.A. and Imaginarium Net, S.L.,

        Defendants.

----------------------------------------------------------x

    This matter having come before the Court by way of a letter dated March 10, 2004; and the Court having considered the letter request for an extension of time of two days to submit the name of a Mediator; and for the reasons stated therein; and for good cause shown,

    IT IS ON THIS 10th day of March 2004

    ORDERED that the time for the parties to advise the Court of the name of a private Mediator be extended two days, up to and including March 12, 2004; and

    IT IS FURTHER ORDERED that all other terms of the Order dated February 11, 2004 shall remain in full force and effect.

SO ORDERED:

Hon. Patty Shwartz
United States Magistrate Judge