**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Honorable Patty Shwartz** | U.S. Post Office & Courthouse Bldg. |
| **United States Magistrate Judge** | Federal Square, Newark, NJ 07101 |
| | (973) 645-6596 |

March 18, 2004

Paul Fields, Esq.
Darby & Darby
805 Third Avenue
New York, New York 10022

Heather Wilde, Esq.
Darby & Darby
805 Third Avenue
New York, New York 10022

Mark G. Matuschak, Esq.
Elizabeth Reilly, Esq..
Hale and Dorr LLP
60 State Street
Boston, Massachusettes 02109

Mary Sue Henifin, Esq.
Hale and Dorr LLP
650 College Road East
Princeton, New Jersey 08540

## LETTER ORDER

      RE:    TOYS "R" US, INC, et al. v. STEP TWO, S.A., et al.
                Civil Action No. 01-632(KSH)

Dear Counsel:

      This matter has come before the Court by way of letters dated March 10, 2004 and March 12, 2004, in which the parties propose two different mediators to serve in this case. The Court has considered the letters and attachments, and while both candidates bring a wealth of different experiences, the Court selects Miles Alexander, Esq., an experienced trademark lawyer and mediator, to serve as the mediator in this case, subject to whatever private agreement he reaches with the parties.

                                                  **SO ORDERED.**

                                                  S/Patty Shwartz
                                                  UNITED STATES MAGISTRATE JUDGE