UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TOYS "R" US, INC., ET AL.,           :        Civil No. 01-632(KSH)
        Plaintiffs                      :
v.                                             :
                                           :
STEP TWO, S.A., ET AL.               :
        Defendants                     :        O R D E R

This matter having come before the Court by way of letters dated March 22, 2004 and Marcy 31, 2004, regarding the plaintiff's request that the depositions of the defendant occur in the United States; and the Court having conducted oral argument on this application via telephone on April 12, 2004; and the Court having considered the submissions of the parties and their arguments on the record on April 12, 2004; and for the reasons set forth in the Opinion delivered on the record on April 12, 2004; and for good cause shown,

IT IS ON THIS 12th day of April, 2004

ORDERED that the plaintiff's request that the Court order the defendant to appear in the United States for the purpose of a jurisdictional deposition is denied; and

IT IS FURTHER ORDERED that all other terms of the Order dated February 11, 2004 shall remain in full force and effect.

                                                s/Patty Shwartz
                                                UNITED STATES MAGISTRATE JUDGE

.